# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Alejandro Perez-Frometa, | ) | **CASE NO. 4:26 CV 1478** |
| | ) | |
| Petitioner, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| Todd Blanche, Attorney General, | ) | **Order** |
| | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on petitioner Alejandro Perez-Frometa's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) Pursuant to 28 U.S.C. § 2243, Respondent is ordered to show cause in writing by July 9, 2026, why the petition should not be granted.

IT IS SO ORDERED.

PATRICIA A. GAUGHAN
United States District Judge

Date: 7/6/2026