**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Alejandro Perez-Frometa,** | ) | **CASE NO. 4:26 CV 1478** |
| | ) | |
| **Petitioner,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Todd Blanche, Attorney General,** | ) | **Order** |
| | ) | |
| | ) | |
| **Respondent.** | ) | |

This Court is in receipt of two letters from petitioner Alejandro Perez-Frometa, alleging that he is being held at the Port Isabel Detention Center, 27991 Buena Vista Blvd, Los Fresnos, TX 78566 (Doc. Nos. 8 & 9). The letters are dated September 7, 2026, and September 14, 2026. By September 30, 2026, Respondent shall respond to the allegations in these letters that seem to contradict Respondent's previously filed Warrant of Removal/Deportation (Doc. 7-1).

IT IS SO ORDERED.

PATRICIA A. GAUGHAN
United States District Judge

Date: 9/22/2026