**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Alejandro Perez-Frometa,** | ) | **CASE NO. 4:26 CV 1478** |
| | ) | |
| **Petitioner,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Todd Blanche, Attorney General,** | ) | **Order** |
| | ) | |
| | ) | |
| **Respondent.** | ) | |

Based on respondent's Response to Petitioner's Letters (Doc. 11), this case is reopened for this Court's consideration of petitioner Alejandro Perez-Frometa's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.)

IT IS SO ORDERED.

PATRICIA A. GAUGHAN
United States District Judge

Date: 10/1/2026